**United States District Court**

For the Northern District of California

1

2

3

4

5                  UNITED STATES DISTRICT COURT

6                  NORTHERN DISTRICT OF CALIFORNIA

7                        EUREKA DIVISION

8

9   JAMES ALLEN TATE,                    No.  1:14-CV-0251 NJV

10            Plaintiff,                 ORDER TO SHOW CAUSE RE
                                         MOTION FOR ATTORNEY'S FEES
11       v.

12   CAROLYN W. COLVIN, ACTING           (Docket No. 22)
     COMMISSIONER OF SOCIAL SECURITY,
13
              Defendant.
14   _____/

15

16          Plaintiff James Allen Tate filed this action on January 15, 2014, seeking judicial review of an

17   administrative law judge decision denying his application for disability benefits pursuant to Title II

18   of the Social Security Act and for supplemental security income benefits under Title XVI of the

19   Social Security Act.  On January 13, 2015, the court entered an order granting in part and denying in

20   part Plaintiff's motion for summary judgment and granting in part and denying in part  Defendant's

21   motion for summary judgment.  (Doc. 19.)  Plaintiff now seeks attorney's fees under the Equal

22   Access to Justice Act, 28 U.S.C. Section 2412 (d) ("the Act").  (Doc. 22.)

23          Under subsection (d)(1)(B) of the Act, "[a] party seeking an award of fees and other

24   expenses shall, within thirty days of final judgment in the action, submit to the court an application

25   for fees and other expenses which shows that the party is a prevailing party and is eligible to receive

26   an award under this subsection."  In the present case, although the court entered final judgment on

27   January 13, 2015 (Doc. 20), Plaintiff did not file his motion until March 16, 2015.  It thus appears

28   that Plaintiff's motion may be untimely.

           Pursuant to Civil Local Rule 54-5 governing motions for attorney's fees, "[c]ounsel for the

     respective parties must meet and confer for the purpose of resolving all disputed issues relating to

1  attorney's fees before making a motion for award of attorney's fees."  Subsection (b) of Civil Local

2  Rule 54-5 further provides that the motion for attorney's fees must be supported by declarations or

3  affidavits containing a statement that counsel have met and conferred in an attempt to resolve such

4  disputed issues.   Here, Plaintiff's motion does not appear to be supported by such a declaration or

5  affidavit.

6          Accordingly, Plaintiff is HEREBY GRANTED fourteen (14) days from the date of this order

7  within which to show cause why this motion should not be denied as untimely and/or for failure to

8  comply with the requirements of the Civil Local Rules.  Defendant is granted seven (7) days after

9  the filing of Plaintiff's papers to file a response.  Plaintiff is granted seven (7) days thereafter to file

10  a reply.

11  IT IS SO ORDERED.

12

13  Dated: April 15, 2015

14                                                    _____
                                                    NANDOR J. VADAS
15                                                    United States Magistrate Judge

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

2